DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE KIDWELL GROUP, LLC** d/b/a **AIR QUALITY ASSESSORS OF FLORIDA,** a/a/o **MARY GILBERT,**
Appellant,

v.

**FEDNAT INSURANCE COMPANY,**
Appellee.

No. 4D21-3432

[August 11, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case No. COCE21030682.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Joshua S. Beck of Beck Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***